IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


JOSHUA ROBERT BROWN,                    3:10-CV-00003-BR

      Plaintiff,                   JUDGMENT

v.

OREGON DEPARTMENT OF
CORRECTIONS; MAX WILLIAMS, in
his official and individual
capacity; STAN CZERNIAK, in
his official and individual
capacity; MICHAEL GOWER, in
his official and individual
capacity; BARBARA COONEY, in
her official and individual
capacity; JOAN BARTON, in her
official and individual
capacity; GREG JONES, in his
official and individual
capacity; MARK NOOTH, in his
official and individual
capacity; JUDY GILMORE, in
her official and individual
capacity; JACK BLANKENBAKER,
in his official and
individual capacity; HEIDI
MACKENZIE, in her official
and individual capacity; and
THERESA HICKS, in her
official and individual
capacity,

      Defendants.


1 - JUDGMENT

    Based on the Court's Opinion and Order (#59) issued July 14, 2011, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 14th day of July, 2011.

                                    /S/ Anna J. Brown

                                    ANNA J. BROWN
                                    United States District Judge

2 - JUDGMENT